UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SEAPLUS MARITIME CO., LTD.,          :       07 Civ. _____ ( )

       Plaintiff,          :       ECF CASE

- against -          :

TOUTON FAR EAST PTE LTD.,          :

       Defendant.          :
------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: June 21, 2007
      New York, NY

                             The Plaintiff,
                             SEAPLUS MARITIME CO., LTD.

                   By: _____
                             Kevin J. Lennon (KL-5072)
                             Charles E. Murphy (CM 2125)

                             LENNON, MURPHY & LENNON LLC
                             The GrayBar Building
                             420 Lexington Avenue, Suite 30o
                             New York, NY  10170
                             (212) 490-6050 - phone
                             (212) 490-6070 - facsimile
                             *kjl@lenmur.com*
                             *cem@lenmur.com*