JUDGE SCHEINDLIN

# 07 CV 5903

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

SEAPLUS MARITIME CO., LTD.,                   :        07 Civ. _____  (      )
                                              :
                     Plaintiff,               :        **ECF CASE**
                                              :
          - against -                         :
                                              :
TOUTON FAR EAST PTE LTD.,                     :
                                              :
                     Defendant.               :
--------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/22/07

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Supplemental Affidavit of Kevin J. Lennon, sworn to on

June 18, 2007, and good cause shown having been shown, it is hereby

ORDERED that Kevin J. Lennon, Nancy R. Peterson, Patrick F. Lennon, Charles E.

Murphy, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC

be and is hereby appointed, in addition to the United States Marshal, to serve the Process of

Attachment and Garnishment and the Verified Complaint, together with any interrogatories,

upon the garnishee(s), together with any other garnishee(s) who (based upon information

developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of,

Defendant.

Dated: New York, NY
       June 21 , 2007

U.S.D.J.

A CERTIFIED COPY
**J. MICHAEL McMAHON**          **CLERK**

**BY** _____
              DEPUTY CLERK

07 CV 5904

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

BULKER CHARTERING & MANAGEMENT, S.A.,      :

                 Plaintiff,      :

                             :

   - against -      :

                             :

SHINE STAR SEA TRANSPORT PTE LTD.,      :

                             :

               Defendant.      :

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/07

### EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on June 21, 2007 Plaintiff, BULKER CHARTERING & MANAGEMENT, S.A.,

filed a Verified Complaint, herein for damages amounting to **$667,541.31** inclusive of interest, costs and

reasonable attorney's fee, and praying for the issuance of Process of Maritime Attachment and

Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime

Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the

United States Marshal or other designated process server attach any and all of the Defendant's property

within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and

the conditions of Supplemental Admiralty Rule B appearing to exist;

**NOW**, upon motion of the Plaintiff, it is hereby:

**ORDERED**, that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment

against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and

monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other funds or

property up to the amount of **$667,541.31** belonging to, due or being transferred to, from or for the

benefit of the Defendant, including but not limited to such property as may be held, received or transferred

in Defendant's name(s) or as may be held, received or transferred for its benefit, **and specifically funds**

**moving to or from Defendant's account # 201-900-351-7 at United Overseas Bank / Far Eastern**

**Bank – Singapore,** at, moving through, or within the possession, custody or control of banking/financial

institutions and/or other institutions or such other garnishees to be named on whom a copy of the Process

of Maritime Attachment and Garnishment may be served; and it is further

      **ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk

upon application without further order of the Court; and it is further

      **ORDERED** that following initial service by the United States Marshal or other designated process

server upon each garnishee, that supplemental service of the Process of Maritime Attachment and

Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable

electronic means, including e-mail, to each garnishee; *upon written consent, by* and it is further

      **ORDERED** that service on any garnishee as described above is deemed effective continuous

service throughout the day from the time of such service through the opening of the garnishee's business

the next business day; and it is further

      **ORDERERD** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may

consent, in writing, to accept service by any other means.

Dated: June 21, 2007

                                      **SO ORDERED:**

                                      U. S. D. J.

                                      A CERTIFIED COPY

                                    J. MICHAEL McMAHON,        **CLERK**

                                    **BY**

                                        DEPUTY CLERK