# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon – pfl@lenmur.com | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – cem@lenmur.com | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – kjl@lenmur.com | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – nrp@lenmur.com | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

July 27, 2007

<u>Via Facsimile (212) 805-7920</u>
Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1581

    Re:    Seaplus Maritime Co. Ltd. v. Touton Far East Pte. Ltd.
            Docket No. 07 Civ. 5903 (SAS)
            Our Ref: 07-1145

Dear Judge Scheindlin:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for next Wednesday August 1, 2007 at 4:30 p.m.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On June 21, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared although the full amount of claim was secured at J.P. Morgan Chase and notice of the attachment was served along with notice of the conference next week. We will furnish your Honor with copies of Plaintiff's notices if requested.

    As Defendant has not appeared and full security has been obtained, we respectfully request a ninety (30) day adjournment of the pre-trial conference during which time we will seek to obtain confirmation from Defendant that its funds have been attached in this action and it will appear in the action and/or take some position in respect of the attachment.

    Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Kevin J. Lennon (KL 5072)

KJL/bhs

*[Handwritten notation: Request granted. Conference adjourned to October 1, 2007, at 4:30 p.m. So Ordered: /s/ SAS USDJ 7/30/07]*

*[Stamp: RECEIVED CHAMBERS OF JUL 27 2007; ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/30/07]*

cc: <u>*Via Facsimile 011 65 6227 6602*</u>
Touton Far East Pte. Ltd.
38 Carpenter Street
Hex 04-00
Singapore 059917