UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAPLUS MARITIME CO. LTD.                :     07 Civ. 5903 (SAS)

                    Plaintiff,                :     ECF CASE

- against -                                              :

TOUTON FAR EAST MARITIME LTD.,           :

                    Defendant.              :
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of Connecticut   )
                       ) ss:   Town of Southport
County of Fairfield    )

KEVIN J. LENNON, having been duly sworn, deposes and states the following under oath:

1. I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein.

2. Notice of the Plaintiff's maritime attachment, including a copy of the Plaintiff's Verified Complaint and all other pleadings entered in this matter, was provided to the Defendant on or about July 5, 2007, via facsimile and via Federal Express, in conformity with Local Admiralty Rule B.2. *See Exhibit 1 attached.*

3. Notice of the Court conference set for August 1, 2007 was provided to the Defendant via facsimile on or about July 25, 2007. *See 2 attached.*

4. Notice of the re-scheduled conference set for October 1, 2007 was provided to the Defendant on or about August 9, 2007. *See 3 attached.*

Dated: Southport, CT
      August 9, 2007

_____
Kevin J. Lennon


Sworn to and subscribed before me this
9th day of August 2007.

_____
Commissioner of Superior Court