# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

August 9, 2007

<u>*Via Facsimile 011 65 6227 6602*</u>
Touton Far East Pte. Ltd.
38 Carpenter Street
Hex 04-00
Singapore 059917

    Re:    <u>**Seaplus Maritime Co. Ltd. v. Touton Far East Pte. Ltd.**</u>
            Docket No07 Civ. 5903 (SAS)
            United States District Court, Southern District of New York
            LML ref:  07-1145

Dear Sir or Madam:

      As you are aware, we represent the Plaintiff, Seaplus Maritime Co. Ltd., in the above referenced lawsuit. We previously wrote you to advise that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached at J.P. Morgan Chase on or about June 25, 2007 in the amount of $178,450.45.

      Please find attached hereto the Court's Order re-scheduling this case down for an initial conference on ***October 1, 2007 at 4:30 p.m.***

                                        Kind regards,

                                        Kevin J. Lennon

KJL/bhs
Enclosure

Case 1:07-cv-05903-SAS    Document 8-4    Filed 08/09/2007    Page 2 of 4
Jul. 30. 2007 5:31PM   Lennon, Murphy & Lennon LLC    No. 1006   P. 1/2
Case 1:07-cv-05903-SAS    Document 7    Filed 07/30/2007    Page 1 of 2

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon – *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

July 27, 2007

<u>Via Facsimile (212) 805-7920</u>
Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1581

    Re:    Seaplus Maritime Co. Ltd. v. Touton Far East Pte. Ltd.
              Docket No. 07 Civ. 5903 (SAS)
              Our Ref: 07-1145

Dear Judge Scheindlin:

       We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for next Wednesday August 1, 2007 at 4:30 p.m.

       We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On June 21, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared although the full amount of claim was secured at J.P. Morgan Chase and notice of the attachment was served along with notice of the conference next week. We will furnish your Honor with copies of Plaintiff's notices if requested.

       As Defendant has not appeared and full security has been obtained, we respectfully request a ninety (30) day adjournment of the pre-trial conference during which time we will seek to obtain confirmation from Defendant that its funds have been attached in this action and it will appear in the action and/or take some position in respect of the attachment.

       Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Kevin J. Lennon (KL 5072)

KJL/bhs

*[Handwritten: Request granted. Conference adjourned to October 1, 2007, at 4:30 p.m. So Ordered: /s/ USDJ 7/30/07]*

Case 1:07-cv-05903-SAS   Document 8-4   Filed 08/09/2007   Page 3 of 4
Jul. 27. 2007 5:31PM   Lennon Murphy & Lennon LLC            No. 1003   P. 2/2
Case 1:07-cv-05903-SAS   Document 7   Filed 07/30/2007   Page 2 of 2

cc:   *Via Facsimile 011 65 6227 6602*
      Touton Far East Pte. Ltd.
      38 Carpenter Street
      Hex 04-00
      Singapore 059917

\* \* \* Communication Result Report ( Aug. 9. 2007 3:49PM ) \* \* \*

1) Lennon, Murphy & Lennon LLC
2) Tide Mill Landing, Southport

Date/Time: Aug. 9. 2007  3:48PM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 1159 Memory TX | 0116562276602#1145 | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

---

## LENNON, MURPHY & LENNON, LLC — *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon – *pfl@lenmur.com* | Tide Mill Landing |
|---|---|---|
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

August 9, 2007

<u>*Via Facsimile 011 65 6227 6602*</u>
Touton Far East Pte. Ltd.
38 Carpenter Street
Hex 04-00
Singapore 059917

Re: <u>Seaplus Maritime Co. Ltd. v. Touton Far East Pte. Ltd.</u>
  Docket No 07 Civ. 5903 (SAS)
  United States District Court, Southern District of New York
  LML ref: 07-1145

Dear Sir or Madam:

As you are aware, we represent the Plaintiff, Seaplus Maritime Co. Ltd., in the above referenced lawsuit. We previously wrote you to advise that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached at J.P. Morgan Chase on or about June 25, 2007 in the amount of $178,450.45.

Please find attached hereto the Court's Order re-scheduling this case down for an initial conference on *October 1, 2007 at 4:30 p.m.*

Kind regards,
Kevin J. Lennon

KJL/bhs
Enclosure