345-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
TOUTON FAR EAST PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SEAPLUS MARITIME CO., LTD.,

       Plaintiffs,

 - against -

TOUTON FAR EAST PTE. LTD.,

       Defendants.
------------------------------------------------------------------x

07 CV 5903 (SAS)

NOTICE OF APPEARANCE

 PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters its appearance as counsel on behalf of Defendant, TOUTON FAR EAST PTE. LTD.

 PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Defendants.

Dated: New York, New York
    September 18, 2007

      FREEHILL HOGAN & MAHAR, LLP
      Attorneys for Defendants
      TOUTON FAR EAST PTE. LTD.

      By:_____
      Michael E. Unger (MU 0045)
      80 Pine Street
      New York, NY 10005
      (212) 425-1900 / (212) 425-1901 fax

TO: LENNON, MURPHY & LENNON, LLC
   Attorneys For Plaintiff
   The GrayBar Building
   420 Lexington Avenue, Suite 300
   New York, New York 10170
   Attn: Kevin J. Lennon (KL 5072)
   Tel: (212) 490-6050
   Fax: (212) 490-6070

NYDOCS1/290479.1