UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SEAPLUS MARITIME CO., LTD.,

                              Plaintiffs,

   - against -

TOUTON FAR EAST PTE. LTD.,

                              Defendants.

-----------------------------------------------------------------x

07 CV 5903 (SAS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    :
                                 : ss.:
COUNTY OF NEW YORK   :

      MELISSA COLFORD, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Richmond County, City and State of New York.

      On the 18th day of September, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

           LENNON, MURPHY & LENNON, LLC
           Attorneys For Plaintiff
           The GrayBar Building
           420 Lexington Avenue, Suite 300
           New York, New York 10170
           Attn: Kevin J. Lennon (KL 5072)
           Tel: (212) 490-6050
           Fax: (212) 490-6070

      the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York and electronic filing.

                                                     MELISSA COLFORD

Sworn to before me on the
18th day of September, 2007

_____
NOTARY PUBLIC

ROBERT G. RIDENOUR, JR.
Notary Public, State of New York
No. 01RI5008838
Qualified in Richmond County
Commission Expires March 1, 2011

NYDOCS1/290479.1                                          2