345-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
TOUTON FAR EAST PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SEAPLUS MARITIME CO., LTD.,

         07 CV 5903 (SAS)

    Plaintiffs,         **NOTICE OF MOTION**

 -against-

TOUTON FAR EAST PTE. LTD.,

    Defendant.
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Defendant TOUTON FAR EAST PTE. LTD. ("TOUTON"), by its attorneys Freehill Hogan & Mahar, LLP, upon the Affirmation of Michael E. Unger dated October 23, 2007, the Memorandum of Law submitted herewith, and the pleadings and proceedings heretofore had herein, will move this Court, at a hearing at the Courthouse located at 500 Pearl Street, New York, New York, before the Honorable Shira A. Scheindlin at 10:00 a.m. on November 15, 2007, or as soon thereafter as counsel may be heard, for the following relief:

  A) An Order pursuant to Supplemental Admiralty Rules E(2) and E(7) for counter-security for costs and for Defendant's counterclaim; and

NYDOCS1/292392.1

B) For such other, further and different relief as may be deemed just and proper in the premises.

Dated: New York, New York
October 24, 2007

                               FREEHILL HOGAN & MAHAR, LLP
                               Attorneys for Defendant
                               TOUTON FAR EAST PTE. LTD.

By: _____
                               Michael E. Unger (MU 0045)
                               Lawrence J. Kahn (LK 5215)
                               80 Pine Street
                               New York, NY 10005
                               (212) 425-1900
                               (212) 425-1901 fax

TO:

LENNON, MURPHY & LENNON LLC
Attorneys for Plaintiff
SEAPLUS MARITIME CO. LTD.
The Graybar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Attn: Kevin J. Lennon, Esq.
       Charles E. Murphy, Esq.
(212) 490-6050 – phone
(212) 490-6070 - facsimile

NYDOCS1/292392.1