Defendant's J

345-07/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SEAPLUS MARITIME CO., LTD.,

                Plaintiff,

   - against -

TOUTON FAR EAST PTE. LTD.,

                Defendant.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

07 CV 5903 (SAS)

STIPULATION

       WHEREAS the Plaintiff Seaplus Maritime Co., Ltd. is presently over-secured by the sum of $43,000.00 in respect of costs which would be allowable pursuant to the applicable LMAA FALCA Rules governing the respective charter parties and claims arising thereunder on the vessel M/V OPAL NAREE, JIN CANG, and CLIPPER LANCASTER;

       IT IS HEREBY STIPULATED AND AGREED that the sum of $43,000.00 be released to Defendant Touton Far East Pte. Ltd. pursuant to the wire transfer instructions set forth below;

Chase Manhattan Bank, New York
Swift Code: CHASUS33
For account of Natexis Singapore Branch
Account No. 400-930625
For further credit into account of Touton Far East Pte Ltd –
A/c No: 0160300211

and

NYDOCS1/292238.1
1.04.9762.00 4606406

IT IS FURTHER STIPULATED AND AGREED that this Court maintain jurisdiction over this matter in respect of all remaining issues.

Dated: New York, New York
October 22, 2007

_____
Kevin J. Lennon, Esq. (KL5072)
LENNON, MURPHY & LENNON, LLC
Attorneys for Plaintiff
SEAPLUS MARITIME CO., LTD.
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050
(212) 490 6070 fax

_____
Michael E. Unger, Esq. (MU0045)
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
TOUTON FAR EAST PTE. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

SO ORDERED:
October 25, 2007

_____
Hon. Shira A. Scheindlin
U.S.D.J.